Case 3:26-cv-00295-CHB   Document 2   Filed 04/22/26   Page 1 of 1 PageID #: 93



# Case Assignment
# Standard Civil Assignment

Case number **3:26CV-295-CHB**

Assigned : Judge Claria Horn Boom
Judge Code : A958

Assigned on 4/22/2026 4:31:16 PM
Transaction ID: 128588

Request New Judge      Return