**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
Louisville _____ **DIVISION**

R.B., et al.
_____

-vs-

Case No.: 3:26-cv-00295-CHB
_____

Baptist Healthcare System. Inc.
_____

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Jessica A. Wilkes _____, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent R.B., et al. _____ in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Federman & Sherwood _____

   with offices at

   Mailing address:    10205 N Pennsylvania Ave.

   City. State. Zip Code: Oklahoma City, OK 73120

   Telephone:    405-286-1607

   E-Mail:    jaw@federmanlaw.com

2. Applicant has been admitted to Bar(s) of the following state(s):

| State: | Admission Date: | Bar No.: |
|--------|-----------------|----------|
| OK | 9/28/2021 | 34823 |
| FL | 1/15/2026 | 1072512 |
| | | |
| | | |
| | | |

3. Applicant HAS [✓] HAS NOT [ ] attached a certificate of good standing that has been issued no more than ninety (90) days before the date of this motion from the highest court of the state in which Applicant is a resident. If you have not attached a certificate of good standing issued from the highest court of the state you are a resident, please explain:

_____

4. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia.

Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia. Please explain

_____

5. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Applicant has completed ECF training as follows:  via the United States District Court Western District of Kentucky webpage Manuals and Training Tutorial.

_____

7. Applicant tenders with this Motion the following:

☑ The required *pro hac vice* motion fee of $125.00.

8. You must request E-Filing privileges by going to www.pacer.gov. E-filing privileges will NOT be approved until your pro hac motion has been granted by the Court.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jessica A. Wilkes to the Western District of Kentucky *pro hac vice* for this case only.

[Signature of Atty to be admitted - Hand Signed]

Respectfully submitted,

*Joseph Lyon*

Joseph M. Lyon

The Lyon Firm, ALC

2754 Erie Ave.

Cincinnati, OH 45208

jlyon@thelyonfirm.com

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice.*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
Louisville  ,  DIVISION

R.B., et al.

-vs-                                                     Case No.: 3:26-cv-00295-CHB

Baptist Healthcare System, Inc.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Jessica A. Wilkes____, is permitted to argue or try this case in whole or in part as counsel for R.B., et al._____.