UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| R.B., On behalf of themselves and on behalf of all other similarly situated, *et al.*, | ) ) ) ) | Civil Action No. 3:26-CV-00295-CHB |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER GRANTING MOTION FOR** |
| | ) | **ADMISSION *PRO HAC VICE* OF** |
| BAPTIST HEALTHCARE SYSTEM, INC., | ) ) | **MAXWELL K. WEISS** |
| Defendant. | ) ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Motion for Admission *Pro Hac Vice* of Maxwell K. Weiss. [R. 12]. The Court, having reviewed the Motion, having found that the Movant has complied with all elements of Local Civil Rule 83.2, and the Court having been otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The Motion for Admission *Pro Hac Vice* of Maxwell K. Weiss, [**R. 12**], is **GRANTED.** Mr. Weiss is granted leave to appear *pro hac vice* for petitioner in this action.

2. If during the pendency of this action Mr. Weiss is disbarred, suspended from practice, is not in good standing with the Bar to which a member, or is subject to any other disciplinary action by any court, state, territory or the District of Columbia, he must immediately notify the Court and provide information necessary for the Court to evaluate whether continued admission in this case is appropriate.

This the 8th day of May, 2026.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Counsel of Record