UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| R.B., et al. | ) | Case No. 3:26-cv-00295 |
| | ) | |
| Plaintiffs, | ) | Judge Claria Horn Boom |
| v. | ) | |
| | ) | |
| Baptist Healthcare System, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION/AGREED ORDER FOR EXTENSION

Defendant Baptist Healthcare System, Inc. ("Defendant") and Plaintiffs R.B., J.S., S.C., and J.F. (collectively "Plaintiffs") hereby stipulate that Defendant shall have up to and including **June 5, 2026** to answer or otherwise plead to Plaintiffs' Complaint.  No previous extension has been requested.

Respectfully submitted,

/s/ *Joseph Lyon (w/ permission)*
Joseph M. Lyon
The Lyon Firm
2754 Erie Avenue
Cincinnati, OH 45208
513-381-2333
Fax: 513-766-9011
Email: jlyon@thelyonfirm.com

Don Bivens
Maxwell K. Weiss
Don Bivens, PLLC
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
602-762-2661

Jessica Andrea Wilkes
William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue

/s/ *M. Scott McIntyre*
M. Scott McIntyre (KY 089913)
BakerHostetler, LLP
312 Walnut St., Ste. 3200
Cincinnati, Ohio 45202
Telephone: (513) 852-2622
Facsimile: (513) 929-0303
Email: smcintyre@bakerlaw.com

*Attorney for Defendant*

2

Oklahoma City, OK 73120
405-235-1560
Fax: 405-239-2112
Email: jaw@federmanlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 13, 2026, a copy of the foregoing was sent to all counsel of record via the Court's electronic filing system.

/s/ M. Scott McIntyre
M. Scott McIntyre