UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| R.B., et al. | ) | Case No. 3:26-cv-00295 |
| | ) | |
| Plaintiffs, | ) | Judge Claria Horn Boom |
| v. | ) | |
| | ) | |
| Baptist Healthcare System, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF M. SCOTT MCINTYRE**

Notice is hereby given to this Court and all other counsel of record that M. Scott McIntyre, of Baker & Hostetler LLP, hereby enters his appearance as counsel for Defendant, Baptist Healthcare System, Inc., in the above-captioned case.

Respectfully submitted,

/s/ M. Scott McIntyre
M. Scott McIntyre (89913)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio  45202-4074
Telephone: (513) 852-2622
Facsimile: (513) 929-0303
Email: smcintyre@bakerlaw.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 13, 2026, a copy of the foregoing was sent to all counsel of record via the Court's electronic filing system.

/s/ M. Scott McIntyre
M. Scott McIntyre