UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| R.B., On behalf of themselves and on behalf of all other similarly situated, *et al.*, | ) ) ) ) | Civil Action No. 3:26-CV-00295-CHB |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER GRANTING EXTENSION OF TIME** |
| BAPTIST HEALTHCARE SYSTEM, INC., | ) ) ) | |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation/Agreed Order for Extension. [R. 16]. The parties agree that Defendant Baptist Healthcare System, Inc., shall have up to and including June 5, 2026, to answer or otherwise respond to Plaintiff's Complaint. *Id.* at 1.

Accordingly, and the Court being to otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Stipulation/Agreed Order for Extension, [**R. 16**], is **GRANTED**.

2. Defendant Baptist Healthcare System, Inc., **SHALL** have **up to and including Friday, June 5, 2026,** within which to file its answer or otherwise respond to Plaintiff's Complaint.

This the 18th day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record