WDKy    (Rev. 12/22) Corporate Disclosure Statement

## THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY
### at                    .

Plaintiff:    R.B., S.C., J.S., and J.F.

v.                                                    Case No: 3:26-cv-00295-CHB

Defendant:    Baptist Healthcare System, Inc.

\* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of Baptist Healthcare System, Inc.

in compliance with the provisions of: (*check one*)

[✔]    Rule 7.1(a)(1), Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ]    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, which provides that any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ]    Rule 12.4(a)(2), Federal Rule of Criminal Procedure, which provides that if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party, or intervenor, hereby declares as follows:**

[✔]    The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

[ ]    The party/intervenor has the following parent corporation(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

WDKy    (Rev. 12/22) Corporate Disclosure Statement

☐ The following publicly held corporation(s) own 10% or more of the party's stock: (Attach additional pages if needed.)

_____ Relationship _____ .

_____ Relationship _____ .

☐ Other(please explain)

_____

_____ .

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

06/05/2026                              /s/ M. Scott McIntyre
Date                                    Signature

                        Counsel for:    Baptist Healthcare System, Inc.